UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
AUG 0 7 2001
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Howard Collins Plaintiff(s)

v.

Dr. Nazir
Ingall's Hospital Defendant(s)
Sgt. Soderlund: Harvey, Police Dept.

Case No. 01C 6062

JUDGE COAR

DOCKETED
AUG 0 9 200[1]

MAGISTRATE JUDGE SCHENKIER

## COMPLAINT

On April 17, 00 After spending four hours on the dialysis machine. I found myself afterwards to wea[k] to transfer from the chair of dialysis to my broken wheel chair. So I had to be pushed back to the E.R. by Niomi the dialysis nurse I was sick and upon reaching the E.R. the nurse to the staff I wasn't feeling well! I tried to tell the E.R. nurses of my condition to explain or tell the Doctor. While I was waiting for some help! I was dizzy, chest pai[n] blurred vision, I was about to pass out or vo/m[it] I hadn't been discharged or anything. Inst[ead] of seeing the Doctor, Doctor Nazir called securi[ty] Not knowing what was happening they lifted me out of the dialysis chair and they saw m[y] wheel chair was in no shape to carry me.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

Plaintiff(s)

Case No.

v.

Defendant(s)

## COMPLAINT

put me in it, rolled me out into the street saying Doctor Nazir ordered them to put me out on the streets! I had no shoes on just footez no coat, and it was cold and snowing! Dr. Nazir refused to let me or call me a Med-Car to drive me home! I was abandoned in the streets, in the middle of the streets in front of Ingalls I was denied by Dr Nazir to use the phone The racism is so thick I could of cut it with a knife I sat unable to move in the middle of the streets my hands, feet, we so cold I couldn't feel them. I'm a diabet Hypertension, Heart problems! person and they knew this, plus dialysis' on top of it.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| Plaintiff(s) | Case No. |
| v. | |
| Defendant(s) | |

## COMPLAINT

while sitting in the cold and snow in the streets. A good person saw my plight I was in and helped me out of the streets. My hands and feet froze and cold This person acted quick, dragged me to Pop-Eye's chicken down the street, my chair wouldn't roll. Upon reaching the diner, I start to have painful chest pains! the ambulance was called! Co-M They took me back to Ingall's. My artificial leg had broken also. Making it impossible if I fell to get up without some help. I slip out of the chair while trying to ge comfortable on the floor. I asked for

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| Plaintiff(s) | Case No. |
|---|---|
| v. | |
| Defendant(s) | |

## COMPLAINT

help but no one not a nurse or security been over to help me off the floor! Instead they called Harvey P.D. who told me to get up on one leg or they would arrest me. Dr. Nazir had called them instead of trying to help me off the floor. I told them I need help! and that had on one leg, which was not the best condition to stand on. They preceded to draged me across the floor and garage concrete floor. They picked me up and threw me into their paddy wagon - they could just as easy helped me up!!!

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| Plaintiff(s) | Case No. |
|---|---|
| v. | |
| Defendant(s) | |

## COMPLAINT

At the station they drugg me out of the Paddy Wagon bumping my head, back, etc. They put me into a cage, no toilet, water to drink, benches, chairs etc nothing, just the cold floor to sit on! Then this Sgt. Soderlund comes in and I tell him about conditions and my condition, he respond F-K you and your condition. My leg was broken, Soderlund to m - to get up and I tol him I needed help. He said he'd get me up if I didn't to it quick. I s I can't! I need help

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| Plaintiff(s) | Case No. |
| v. | |
| Defendant(s) | |

### COMPLAINT

Sgt Soderlund starts slapping me in my face then punched me in the stomach he grabbed my hand and started to bend my hand backwards, far beyond it's comfortable position. Causing still pain till this day! I was in pain and having chest pains! Sgt. Soderlund refused me medical attention! I passed out on the floor! When I awoke I was in pain from the punches, slapps, the twist bend back of my wrist to painful positions! Ingalls has let the E.R. staff deny me food when my sugar levels were low! Just abuse me so what they're